Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com

Attorneys for Plaintiff, Donna Blake

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Blake, | Case No.: 10-cv-00091 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| First Source Advantage, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Donna Blake, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 7, 2010                                             KROHN & MOSS, LTD.


                                                                                      By:/s/ Ryan Lee
                                                                                            Ryan Lee
                                                                                            Attorneys for Plaintiff
                                                                                            Donna Blake