## *UNITED STATES DISTRICT COURT*

DISTRICT OF ARIZONA

| | |
|---|---|
| DONNA BLAKE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT IN A CIVIL CASE |
| | ) |
| FIRST SOURCE ADVANTAGE, LLC., | ) Case NO-10-91-TUC-RCC |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECISION BY COURT.**  This action came under consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that Judgment shall enter and the Clerk shall **CLOSE** this case based on Plaintiff's Voluntary Dismissal.

| | |
|---|---|
| August 4, 2010 | RICHARD H. WEARE |
| DATE | District Court Executive/Clerk |
| | |
| | s/M. Gorski |
| | (By)  Deputy Clerk, M. Gorski |

*mg*